UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IVAN DELGADO,

                     Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                     Defendant.
------------------------------------------------------------X

18 **CIVIL** 3960 (GBD)(DF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 27, 2020, Magistrate Judge Freeman's Report is ADOPTED in full. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's cross-motion for judgment on the pleadings is DENIED. This matter is remanded for further proceedings.

**Dated:** New York, New York
        February 28, 2020

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

BY:

                                    **Deputy Clerk**